# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
OCT 1 0 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 06-0213M |
| Beth HART ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Beth Hart_____, have discussed with _____Montgomery L. Olson_____, Pretrial Services Officer, modifications of my release conditions as follows:

You shall participate in a program of medical or psychiatric treatment including treatment for depression or other mental health disorder, and pay for costs as approved by the Pretrial Services Officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____[signature]_____     10-5-06         _____[signature]_____     10-10-06
Signature of Defendant    Date             Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____[signature]_____                       10/10/06
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____[signature]_____                       10/04/06
Signature of Defense Counsel                Date

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on _10/10/2006_
[ ] The above modification of conditions of release is *not* ordered.

_____[signature]_____                       10/10/2006
Signature of Judicial Officer               Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services