DANIEL J. BRODERICK, #89424
Federal Defender
STEPHEN BETZ, Bar #234510
Staff Attorney
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant BETH HART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-MJ-00213 |
| Plaintiff, | REQUEST FOR PERMISSION TO TRAVEL TO PORTLAND, OREGON; DECLARATION OF COUNSEL; EXHIBITS; [PROPOSED] ORDER |
| v. | |
| BETH HART, | |
| Defendant. | |

    Defendant, Beth Hart, hereby requests authorization from this court to travel from Visalia, California to Portland, Oregon. The need to travel arises from a contract Ms. Hart has to paint a mural at her client's home in Portland, Oregon. Attached as Exhibit A is a copy of the contract. The contract calls for the work to begin on or about October 15, 2006. See Exhibit A.

    Ms. Hart currently has charges pending for driving under the influence that allegedly occurred on August 26, 2006. As a result of her charges she is currently on Pre-Trial Supervision and is supervised by Pre-Trial Services Officer Monte Olson. As terms and conditions of her release Ms. Hart: cannot be away from her residence for more than twenty-four hours without permission from Pre-Trial Services, must report on a regular basis to Pre-Trial Services and follow their rules and regulations, refrain from any use of alcohol or narcotics unless proscribed, submit to remote testing twice a day at her home, and participate in a program for medical or psychiatric treatment.

1  Ms. Hart is scheduled to appear in court on November 1, 2006 for a status conference. As set forth
2  in the attached Declaration of Counsel, Pre-Trial Services Officer Monte Olson would prefer for a judge to
3  make the decision as to whether or not Ms. Hart is granted permission to take this trip. Marjorie Webb,
4  Certified Law Student, with the United States Attorney's Office has no objection to allowing Ms. Hart to
5  go on this trip.

6  In order to attend this trip, Ms. Hart would need to granted permission to be away from her
7  residence for more than twenty-four hours and would need to have her remote testing suspended for the
8  period of the trip.

9  This trip would be traveled via automobile as her husband, Patrick Hart, has been advised by his
10 physician not to fly do to a pre-existing medical condition. If Ms. Hart were granted permission to take
11 this trip she would drive from Visalia, California to Portland, Oregon leaving on the evening of October
12 17, 2006. See Exhibit B, a copy of Ms. Hart's hand written itinerary. Ms. Hart would stay one night at the
13 Comfort Inn located at 1562 E. Main Street, Woodland, California 95776. Ms. Hart would arrive in
14 Portland on October 18, 2006, and would be staying at the HI-Hostile located at 3031 South East
15 Hawthorne Boulevard, Portland, Oregon 97214-4120, from the 18th through the day of October 22nd. See
16 Exhibit C. On October 22, 2006, Ms. Hart would once again stay one night at the Comfort Inn located at
17 1562 E. Main Street, Woodland, California 95776. Ms. Hart's husband, Patrick Hart, will be doing the
18 driving on this trip. See Exhibit D. Ms. Hart would return home on October 23, 2006.

19 If there are any additional terms and conditions that Pre-Trial Services Officer Monte Olson would
20 like to impose to insure that Ms. Hart continues to abide by all the terms and conditions of her pre-trial
21 release, Ms. Hart would be willing to enter into an agreement to abide by those terms so as to be granted
22 permission to take this trip.

23 Dated:  October 16, 2006

24                                          Respectfully submitted,

25                                          DANIEL J. BRODERICK
                                             Federal Defender
26
                                              /s/ Stephen Betz
27                                          STEPHEN BETZ
                                             Staff Attorney
28                                          Attorney for Defendant
                                             BETH HART

Hart - Request for Permission to Travel                    -2-

**O R D E R**

**IT IS ORDERED THAT WITHOUT AN EVIDENTIARY HEARING, THE REQUEST IS DENIED.**  The defendant's remote alcohol testing will not be suspended from her two daily testing requirements.

## DECLARATION OF STEPHEN BETZ

I, Stephen Betz, declare under penalty of perjury:

1. I am an attorney admitted to practice before this court and am currently employed as a Staff Attorney with the Office of the Federal Public Defender.

2. I became attorney of record for Beth Hart, the defendant in the above entitled matter, on or about August 31, 2006.

3. On or about October 11, 2006, I spoke with Monte Olson of Pre-Trial Services regarding Ms. Hart's request to travel to Portland, Oregon for work.

4. Pre-Trial Services Officer Olson stated that he did not want to make the decision as to whether or not Ms. Hart should be allowed to travel to Portland, Oregon for work.

5. Mr. Olson stated he would feel more comfortable if a judge were to make the decision.

6. On or about October 11, 2006, I placed a call to the United States Attorney's Office and spoke with Marjorie Webb, the Certified Law Student assigned to prosecute this case.

7. During this conversation I inquired if Ms. Webb had an objection to allowing Ms. Hart to travel to Portland, Oregon for approximately one week for work.

8. In response to this call Ms. Webb indicated she would have to check and get back to me.

9. On or about October 12, 2006, I received confirmation from Ms. Webb stating she did not have an objection to Ms. Hart's trip to Oregon.

10. On or about October 13, 2006, I spoke to Ms. Hart's husband, Patrick Hart, via telephone and he indicated he would be doing all of the driving on the trip.

11. On or about October 13, 2006, he faxed me written confirmation that he would be doing all of the driving on this trip.

Signed under penalty of perjury this 16th day of October 2006, at Fresno, California.

/s/ Stephen Betz
STEPHEN BETZ
STAFF ATTORNEY

IT IS SO ORDERED.

**Dated:   October 16, 2006            /s/ Lawrence J. O'Neill**

Hart - Request for Permission to Travel               − 4 −

1  b9ed48                                   UNITED STATES MAGISTRATE JUDGE