UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**



FILED
NOV 1 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

The United States,

-vs-

Beth Hart                     Docket No. 06-0213M

**COMES NOW** <u>Montgomery L. Olson</u>, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of <u>Beth Hart</u>, who was placed on bond by the Honorable <u>Sandra M. Snyder, U.S. Magistrate Judge</u>, sitting in the Court at <u>Fresno, California</u>, on the <u>28th</u> day of <u>August</u>, 20<u>06</u>, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSES:**   Operate a Motor Vehicle Under the Influence of Alcohol;
Operate a Motor Vehicle With a BAC Greater than .08.

**BOND CONDITIONS:** <u>Please see attached.</u>

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 31, 2006, at 10:05 p.m., the defendant submitted to a remote alcohol test, the results of which were 0.152 BAC

**PRAYING THAT THE COURT WILL ORDER** a no bail warrant be issued for Beth Hart's arrest and that she be held pending a bond violation hearing.

**LAST KNOWN ADDRESS:** On file with Pretrial Services
**TELEPHONE NUMBER:** On file with Pretrial Services
I declare under penalty of perjury that the foregoing is true and correct

Respectfully submitted,

*Montgomery L. Olson*
Montgomery L. Olson
Pretrial Services Officer
DATE: November 1, 2006

_____***ORDER***_____

✓  The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ *No Bail* .
___  The Court hereby orders this ex parte motion and order be sealed.
___  The Court orders a summons be issued with an appearance date of _____.
___  The Court hereby orders this matter placed on this court's calendar
     on_____, at _____ am/pm and orders the Pretrial Services Officer to
     contact the defendant and/or attorney of record to advise them of said order.
___  The Court orders no action be taken.

Considered and ordered this 1st day of
Nov., 2006, and ordered filed and
made a part of the records in the above case.

*SM Snyder*
U.S. Magistrate Judge

## CONDITIONS OF RELEASE

1. You are released on your own recognizance;

2. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

4. You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

5. You shall refrain from ANY use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner;

6. You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer.

On October 10, 2006, the defendant's conditions of release were modified by stipulation and order to include that she participate in mental health counseling.