| DOCKET OR CITATION NO. | COMPLETE NAME AND COMPLETE ADDRESS LAST, FIRST, M.I.D.S. | | DRIVER LIC. NO. |
|---|---|---|---|
| 1:06mj213 | HART, BETH MAE | | C4155432 |
| **VIOLATION DATE** 08.26.2006 | | | **BIRTH DATE** 12.23.1957 |
| | **SECTIONS VIOLATED** CVC 23152(b) | | |

| VEHICLE LIC. NO. CA. LP: 5KKE702 | **J U D G M E N T** | Restriction Term _____ Probation Term _____ | Suspension Term _____ BAC _____ |
|---|---|---|---|
| **CONVICTION DATE** 12.7.2006 | | C C | |
| **CONDITIONS OF DUI PROBATION** | | | |

I certify that the foregoing is a correct abstract of a conviction and the date there rendered in the said action in my court.

Court Code 10900
(SIGNED) Wendy Kusamura
COURT U.S. District Court, FED
CITY Fresno
COUNTY Fresno

(IMPRESS SEAL HERE)
STATE OF CALIFORNIA
**ABSTRACT OF COURT RECORD**

MAIL TO: Department of Motor Vehicles
P.O. Box 942890, Sacramento, CA  94290-0001

DL 106 (REV. 11/86)                                             86   42692